**Order entered March 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01388-CV

## TARSHA HARDY, Appellant

## V.

## COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215 AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO, BONNIE MATHIAS, Appellees

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04027**

### ORDER
### Before the Court En Banc[1]

Before the Court is appellant's February 25, 2021 motion to recuse Justice Amanda Reichek as well as appellee's March 2, 2021 response to the motion.[2]

Appellant's motion is **DENIED**.

---

[1]  Chief Justice Burns and Justices Molberg, Osborne, Partida-Kipness, Nowell, Goldstein, Smith, and Garcia not participating.

[2]  After Justice Reichek determined not to recuse herself, the motion was certified to and decided by the remaining participating Justices sitting en banc. *See* TEX. R. APP. P. 16.3(b).

/s/     LANA MYERS
        JUSTICE